**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ESTRELLA G. ABALO** *et al.*, <br><br>     **Plaintiff(s),** <br><br>   v. <br><br> **BANK OF AMERICA HOME LOANS SERVICING, L.P.** *et al.*, <br><br>     **Defendant(s).** | **Case No.: 12-CV-05237 YGR** <br><br> **ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

On November 30, 2012, Defendant filed a Motion to Dismiss. (Dkt. No. 5.) The hearing on the motion is set for January 22, 2013. Plaintiffs' opposition was due on or about December 17, 2012. Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to oppose the Motion. <u>Plaintiffs shall file an opposition to the Motion to Dismiss no later than February 1, 2013.</u> <u>Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing date of January 22, 2013 is hereby **CONTINUED** to February 26, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**