**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ESTRELLA G. ABALO** *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> **BANK OF AMERICA HOME LOANS SERVICING, L.P.** *et al.*, <br><br> Defendant(s). | Case No.: **12-CV-05237 YGR** <br><br> **ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

On November 30, 2012, Defendant filed a Motion to Dismiss. (Dkt. No. 5.) The hearing on the motion is set for January 22, 2013. Plaintiffs' opposition was due on or about December 17, 2012. Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to oppose the Motion. <u>Plaintiffs shall file an opposition to the Motion to Dismiss no later than February 1, 2013. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing date of January 22, 2013 is hereby **CONTINUED** to February 26, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**