UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTRELLA G. ABALO *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> BANK OF AMERICA HOME LOANS SERVICING, L.P. *et al.*, <br><br> Defendant(s). | Case No.: 12-CV-05237 YGR <br><br> ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |

On January 16, 2013, the Court issued an Order regarding Plaintiffs' Failure to File an Opposition to Defendants' Motion to Dismiss, and allowed Plaintiffs until February 1, 2013 to file an opposition. Plaintiffs were warned that failure to file an opposition would result in dismissal of this action for failure to prosecute. Plaintiffs did not file an opposition.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The hearing date of February 26, 2013 is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE